Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CRUMMETT, on behalf of himself and all others similarly situated, | Case No. 5:13-cv-04284 |
| Plaintiff, | **CLASS ACTION** |
| vs. | **NOTICE OF SETTLEMENT** |
| GREYSTONE ALLIANCE, LLC, | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 21st day of November, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.

Filed electronically on this 21st day of November, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

United States District Court
Northern District of California

Notification sent by mail to:

Brendan H. Little, Esq.
Lippes Mathias Wexler Friedman LLP
665 Main Street, Suite 300
Buffalo, NY 14203

This 21st day of November, 2013.

s/Todd M. Friedman
Todd M. Friedman