UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS CRUMMET, <br><br>   Plaintiff, <br><br> v. <br><br> GREYSTONE ALLIANCE, LLC, <br><br>   Defendant. | Case No. 5:13-cv-04284 HRL <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiff having advised that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before January 31, 2014**, plaintiff shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **February 11, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, plaintiff shall file a statement in response to this Order to Show Cause no later than **February 4, 2014**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement

in response to this Order.

**SO ORDERED**.

Dated:   December 6, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04284-HRL Notice has been electronically mailed to:

Nicholas J. Bontrager    nbontrager@attorneysforconsumers.com, dshaw@attorneysforconsumers.com, ecampany@attorneysforconsumers.com, jrea@attorneysforconsumers.com, tfriedman@attorneysforconsumers.com

Todd Michael Friedman    tfriedman@attorneysforconsumers.com, ecampany@attorneysforconsumers.com, jrea@attorneysforconsumers.com, nbontrager@attorneysforconsumers.com

3